IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TYLER JAMES SMITH**                                           **PLAINTIFF**

v.                                  CIVIL ACTION NO. 1:15-cv-337-JCG

**MICHAEL TURNER,** *Warden*, **et al.**                           **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order Granting Defendants' Motion for Summary Judgment for Failure to Exhaust Administrative Remedies, final judgment is hereby entered in favor of Defendants pursuant to Rule 58 of the Federal Rules of Civil Procedure. All of Plaintiff's claims are dismissed.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the above captioned civil action is dismissed.

**SO ORDERED** this the 9th day of February, 2017.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE